USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
DEBRA MASON, JANET FOWLER, JACKIE PERNELL, and ROBERT GATES,

                            Plaintiffs,

      -against-

3M COMPANY, F/K/A MINNESOTA MINING AND MANUFACTURING CO., AGC CHEMICALS AMERICAS INC., AMEREX CORPORATION, ARKEMA INC., ARCHROMA U.S., INC., BUCKEYE FIRE EQUIPMENT COMPANY, CARRIER GLOBAL CORPORATION, CHEMDESIGN PRODUCTS INC., CHEMGUARD INC., CHEMICALS, INC., CLARIANT CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SANDOZ CHEMICAL CORPORATION, CORTEVA, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DUPONT CHEMICAL SOLUTIONS ENTERPRISE, DEEPWATER CHEMICALS, INC., DUPONT DE NEMOURS INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DUPONT CHEMICAL SOLUTIONS ENTERPRISE, DYNAX CORPORATION, E. I. DUPONT DE NEMOURS AND COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DUPONT CHEMICAL SOLUTIONS ENTERPRISE, KIDDEFENWAL, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO KIDDE FIRE FIGHTING, INC., NATION FORD CHEMICAL COMPANY, THE CHEMOURS COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DUPONT CHEMICAL SOLUTIONS ENTERPRISE, THE CHEMOURS COMPANY FC, LLC, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DUPONT CHEMICAL SOLUTIONS ENTERPRISE, AND TYCO FIRE PRODUCTS, LP, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO THE ANSUL COMPANY, AND DOE DEFENDANTS 1-20, FICTITIOUS NAMES WHOSE PRESENT IDENTITIES ARE UNKNOWN,

                            Defendants.
------------------------------------------------------------------------ X

1:22-cv-2694-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court declines to endorse the parties' proposed stipulation and order. *See* Dkt. No. 5. On April 4, 2022, the Court referred this case to designated Magistrate Judge. Dkt. No. 4. Thus, any proposed stipulation should be addressed to the designated Magistrate Judge. Further, even if the request were properly before the Court, the parties have not followed the Court's Individual Rules of Practice in Civil Cases, which require that any proposed stipulation be accompanied by a letter to the Court stating, among other things, the reason for the parties' request that Court endorse the stipulation.

SO ORDERED.

Dated: April 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge